

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | |
| MICHELLE W. QUARLES, | ) | Case No.  17-15211 (WIL) |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of the Objection to Claim (the "Objection") filed by the Debtor herein, and the opposition filed by Wells Fargo, N.A., and the Court having heard argument concerning the Objection on February 27, 2019, and for the reasons stated by the Court on the record, IT IS by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the Court shall exercise its power to abstain from hearing the Objection pursuant to its permissive abstention authority set forth in 28 U.S.C. §1334(c)(1).

cc:   Debtor
      Debtor's Counsel – Augustus T. Curtis
      Claimant
      United States Trustee

**END OF ORDER**